# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| MANOGNA DEVABHAKTUNI, ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:19-CV-3039-M-BH |
| ) | |
| DAVID C. GODBEY, et al., ) | |
| Defendants. ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, this action will be summarily dismissed by separate judgment based on the prior sanction order in *Manogna Devabhaktuni v. Honorable David C. Godbey,* No. 3:19-CV-2216-G (BT) (N.D. Tex. Oct. 28, 2019), and *Manogna Devabhaktuni v. All in the Court,* No. 3:19-CV-2240-M-BK (N.D. Tex. Dec. 18, 2019), and additional sanctions will be imposed.

**SIGNED this 16th day of January, 2020.**

**BARBARA M. G. LYNN
CHIEF JUDGE**